UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

vs.

JIMMY L. POWELL,

Defendant.

Case No. 3:13-CR-155

Judge Timothy S. Black
Magistrate Judge Sharon L. Ovington

### ORDER ADOPTING THE REPORT AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 23)

This case is presently before the Court on the Report and Recommendation of the United States Magistrate Judge Sharon L. Ovington (Doc. 23), wherein the Magistrate Judge recommended the Defendant's plea of guilty to Counts One and Two of the Information (Doc. 21) be accepted and that Defendant be found guilty as charged in such Count. The parties filed no objections to the Report and Recommendations of the Magistrate Judge, and the time for filing objections expired December 2, 2013.

The Court, having reviewed the matter *de novo*, determines that the Report and Recommendations (Doc. 23) of the United States Magistrate Judge should be and is hereby **ADOPTED** in its entirety. Defendant is hereby adjudged **GUILTY** of Count 1 of the Information.

**IT IS SO ORDERED.**

Date: 12/3/13

Timothy S. Black
United States District Judge